UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jamaro

K

Taylor
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:16-cv-04656
Judge Virginia M. Kendall
Magistrate Judge Sidney I. Schenkier

vs.

Anita Alvarez / City of Chicago

John B. Dillon

Rebecca Pinnix

Officer Dell

William Woelker

C.P.D.
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No:_____
(To be supplied by the <u>Clerk of this Court</u>)

RECEIVED
APR 26 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Jameco K. Taylor
Plaintiff

vs.

Defendants Continue

7. Kevin Docherty
8. Cook County
9. CITY OF CHICAGO

I. **Plaintiff(s):**

    A. Name: Jamaro K. Taylor

    B. List all aliases: N/A

    C. Prisoner identification number: #201405100095

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002 Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Anita Alvarez

        Title: States Attorney of IL.

        Place of Employment: IL.

    B. Defendant: John B. Dillon

        Title: Assistant States Attorney

        Place of Employment: IL

    C. Defendant: Rebecca Pinnix

        Title: Stripper

        Place of Employment: Unknown

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

2. Defendant: Dell
   Title: Officer C.P.D.
   Place of Employment: C.P.D.

3. Defendant: William Woelker
   Title: Public Defender
   Place of Employment: Cook County Courthouse

4. Defendant: Chicago Police Department.
   Title: C.P.D.
   Place of Employment: C.P.D.

5. Defendant: Kevin Docherty
   Title: Detective
   Place of Employment: C.P.D.

6. Defendant: Cook County
   Title: County
   Place of Employment: Self

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 15C 469 JAMARO TAYLOR V. Dr. MeNella

B. Approximate date of filing lawsuit: 1:15

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Dr. Manella

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, Eastern Division

F. Name of judge to whom case was assigned: Judge SARAH ELLIS

G. Basic claim made: deliberate indifference to a serious medical need

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

   A. Name of case and docket number: 15 C 472

   B. Approximate date of filing lawsuit: 1-15-15

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: COOK COUNTY, THOMAS J DART, CARBONE, MARIO REYES, MARTINEZ

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NORTHERN DISTRICT, EASTERN DIVISION

   F. Name of judge to whom case was assigned: JUDGE SARAH ELLIS

   G. Basic claim made: CIVIL RIGHTS (PRISON CONDITIONS)

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

   I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: __15 C 473__

B. Approximate date of filing lawsuit: __7-21-15__

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: __SUPERINTENDENT E. GREER, COMMANDER JOHN DOE, SGT JOHN DOE, OFFICER JOHN DOE__

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __NORTHERN DISTRICT, EASTERN DIVISION__

F. Name of judge to whom case was assigned: __JUDGE SARAH ELLIS__

G. Basic claim made: __DELIBERATE INDIFFERENCE (FAILURE TO PROTECT)__

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __PENDING__

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _15 C 476_

B. Approximate date of filing lawsuit: _2·6·15_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _THOMAS J. DART, MARIO REYES, COOK COUNTY, SUPERINTENDENT MARTINEZ_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _NORTHERN DISTRICT, EASTERN DIVISION_

F. Name of judge to whom case was assigned: _JUDGE SARAH ELLIS_

G. Basic claim made: _BODY SCANNERS_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _PENDING_

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Facts about my case (14CR10068) #1. The original arrest on 7/21/11, I was told by the States Attorney that they didn't believe the alleged victim. The official disposition of that arrest was SOL, in which I received from the Chicago Police Dept. in March of 2014 on the official arrest record myself. The Public Defender William Walker in Court Rm. 604 where the Honorable Judge Lacey Presides said that the arrest record that he sees from the Prosecutors office show that they dismissed the charges in 2011. #2. I was also told by William Walker that "the DNA that they collected from me during the (July 2011) arrest they didn't run for a match until March 2014 in which they have a Computer generated match." #3. The States Attorney's office shared the computer generated results with the C.P.D. who then only sought an investigative alert "not a warrant" to arrest me. #4. At no time was there a warrant for my arrest for the alleged crime, not even until this day. #5. Police report reveals that the alleged victim Bebecea Pinnix said that the alleged incident happened on 5-20-11 and that she called the Police but they didn't come. States Attorney said there is no record of the call stated by Kremin. #6. Why has it been a 3 year delay in running the DNA? #7. The rape Kit reveals no force entry, no hair, no skin or fibers from the accused. #8. The rape Kit contradicts the alleged victim's claims. #9. The alleged vict. Claim isn't consistent with the facts. She didn't go to report the alleged incident until the following day, at which this statement changed twice in her interview with States Attorney Kremin.

#10. The C.P.D. didn't seek an arrest until 7-21-11 when alleged victim said the incident happen on 5-20-11. #11. Re-arrested for the same charges on 5-8-14 and not indicted until 6-10-14 which is a violation of my due process rights. #12. On 6-5-14 I was indicted I was told at my 3rd preliminary hearing in 2014. #13. The arrest in 2011 where I was never brought to a preliminary hearing or indicted "violation of due process". #14. The C.P.D. arrested me in Calumet City, IL. on 159th Street. #15. The C.P.D. told several acquaintances of mine that there was a warrant issued for me. #16. C.P.D. searched people's homes for me without showing a warrant or one being actually issued. #17. My Public Defender told me the States Attorney's office and C.P.D. has no idea where the alleged victim is to this date. #18. On 5-8-14 I was told by the C.P.D. that an investigative alert was issued for me and that's why I was being arrested by "Officer Dell" who left cards with acquaintances, but "Investigative alerts" are illegal because there are no constitutional safeguards. #19. At the C.P.D. the Captain, told me that the results from the DNA test was inconclusive and that I needed to take another one, but then said it was a (1 in 15 billion match) and that they contacted the alleged victim and she wanted to press charges. #20. There is no mention written that the alleged victim contacted the C.P.D. to follow up on these charges from 2011 to the present. #21. My DNA was taken 7-23-11 but was not submitted until 8-24-11 and the results were not returned until March 2014. My Public Defender William Woelkers informed me of this on 7-23-11. #22. Rape Kit results usually come back within 4-6 hours which would have been on 5-21-11, the results were inconclusive, and so police had me take a swab on 7-23-11. #23. DNA inconclusive no probable cause, no warrant but arrested 2 months after alleged incident. #24. My Public Defender also told me and I quote "we did not seek an indictment for you on

"6-10-14." 32 days after my second arrest, when I mentioned to the Public Defender William Woelker about my right to "Due Process" being violated he said they're within their rights! #25. Every issue that I have with this malicious prosecution my Public Defender tells me they can do this and their within their rights. #26. The Prosecution is delayed intentionally as a tactical advantage. This is a 3 year old case and still they keep asking for continuations to complete the "discovery" which is outstanding at this point. #27. On June 5, 20-14 a letter was printed by John B. Dillon Assistant State's Attorney with the knowledge of Anita Alvarez State's Attorney of Cook County, Wherefore this letter states that I was indicted on June 5, 2014, which is a complete fabrication due to the nature of the original date of the indictment June 10, 2014. In which Paper Shuffling, Manipulating the system and malicious Prosecution has been deemed Unconstitutional. #28. I've asked my Attorney William Woelker for the charging instruments, Grand Jury Transcripts, Police report and chain of custody? He gave me a copy of half of the supplemental report (3pgs out of 6) without the police report and the charging doc's without addressing the chain of custody and mailed me a letter stating his supervisor told him he is only allowed to give me the Charging doc's and not the grand jury transcript. "Punitive Damages" #1. Loss of barber shop due to arrest in (2012). #2. Forced to file Chapter 7 and then Chapter 13 in 2011 & 2012. #3. Loss of several vehicles. #4. 2 different evictions (2011-2013). #5. Denied Employment at Grand Gulf Nuclear station. #6. Also D.C. Cook Nuclear plant in 2011 & 2014 with $2,700/wk. pay (10 month assignment 42 wks. x 2,700 at Grand Gulf) & ($3,100/wk x 9 wks. at D.C. Cook). #8. Loss of 2 vehicles in 2014. #9. Failure of freight brokerage (Muriz Marguerite Thomas) in 2014. #10. Bank accounts closed. #11. Quality of Life reduced for me & my family drastically. All have contributed in in the ("Defamation of My Character"). I have lost everything & Made out to be a rapist In which

5

Revised 9/2007

has destroyed my reputation Amongts my Family, Friends, Acquaintances, customers & my community & Society. All that are Mentioned are being Sued in their own Corporate, Official & Individual Capacity, For the aiding & assisting fraudulently & Maliciously the State of Illinois In which is Deliberate. All Involved have Violated My Constitutional Rights. Also Detective Docherty 20873 Ste B# contacted Rebecca Pinnix July 21st, 2011 For a Follow up intar in this Sexual assault investigation inwhich Pinnix stated that she believed that I was inside L & M Baber shop located at 422 East 81th street, but of course I was there due to it being a Place of business. Inwhich Id given her My card when we first met. Pinnix took 2 months to gi Detectives My known location that she had knowledge of 2 months prior. Det. Docherty never went to the alleged Crime Scene & I don't understand why it took him 2 months to investigate or arrest. Everything Involved with this case from begining until present has been fabricated by all parties. My Constitutional Rights have been violated once again along with my 4th, 5th, 6th, 8th & 14th amendment rights. IF Im not brought to trial by 9-3-14, My right to a speedy trial will have also been violated. The chain of Command & Protocol has failed them all in this Fabricated Case by the Plaintiff. Officer Dell the arresting officer on May 8th, 2014 stated that I was being arrested due to an Investigative alert. I asked was this a warrant he stated Just like a warrant. He was also out of his Jurisdict Inwhich he wore & others on U.S. Marshalls Vest & once I was arrested & placed in custody they all pull of the U.S. Marshalls Jackets & Vest. In total violation of the Law & It's Protocol. Also Ineffective Assistance of Counsel Displayed by My Public Defender William Worlker who also knowingly with held valuable information pertaining to my case & violating My Constitutional rights Amongst others named. Cook County is also liable for it's Employee's Wrong doing in this Malicious attack on me & my Family along with False Imprisonment.

5

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to Malicious Prosecution, Deliberate Indifference, Defamation of Character, Ineffective Assistance of Counsel, Violation of My Constitutional Rights & Amendments & False Imprisonment along with the loss of Everything that I've ever owned. I ask the courts to rule in my favor in the amount of 20,000,000.00 & That All be sued in their own Corporate, Official & Individual Capacity & Award Monetary Relief For Pain & Suffering, Mental Anguish & Distress Ect. In this Relief.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 7th day of Oct., 20 14

X _Jamaro Taylor_
(Signature of plaintiff or plaintiffs)

Jamaro Taylor
(Print name)

2014 05 10095
(I.D. Number)

P.O. Box 089002

Chicago IL 60608
(Address)